# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC,<br><br>　　　　Defendant. | Case No.  1:15-cv-00523-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 13, 23 |

　　　　On June 16, 2015, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that Plaintiff Maria Elena Diaz's motion to remand be granted.  (ECF No. 23.)  The Findings and Recommendations contained notice that any objections were to be filed within fourteen (14) days.  No party has filed objections to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The June 16, 2015 Findings and Recommendations are ADOPTED IN FULL;

/ / /

1

2. Pursuant to 28 U.S.C. § 1447(c) and the absence of jurisdiction in this Court, this action is REMANDED forthwith to the Superior Court of California for the County of Stanislaus; and

3. Defendant's motion to dismiss (ECF No. 4) and motion to strike (ECF No. 5) are denied as moot and all other matters and dates are VACATED.

IT IS SO ORDERED.

Dated:  July 8, 2015

_____
SENIOR DISTRICT JUDGE

2